52 F.3d 827
 UNITED STATES of America, Plaintiff-Appellee,
v.
Jose Teofilo SOLORIO, Defendant-Appellant.
UNITED STATES of America, Plaintiff-Appellee,
v.
Bourne Bobby THOMAS, Defendant-Appellant.
 Nos. 93-50507, 93-50508.
 United States Court of Appeals,
Ninth Circuit.
 April 26, 1995.
 
 1
 Before: NELSON, and NOONAN, Circuit Judges, and KING*, District Judge.
 
 ORDER
 
 2
 The court's previous opinion, slip op. 11375 [37 F.3d 454] (9th Cir. Sept. 20, 1994) is hereby withdrawn. An unpublished disposition is being filed.
 
 
 
 *
 The Honorable Samuel P. King, United States District Judge for the District of Hawaii, sitting by designation